## SHARON BROWN *v.* UNITED TECHNOLOGIES CORPORATION, PRATT AND WHITNEY AIRCRAFT DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 492 (AC 29293), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the bar to workers' compensation coverage found within General Statutes § 31-275 (16) (B) (i) applied to preclude coverage for the plaintiff's injury?"

The Supreme Court docket number is SC 18332.

*Mark Merrow,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided March 31, 2009

## STATE OF CONNECTICUT *v.* MARCUS MOYE

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 605 (AC 29894), is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.

Decided March 31, 2009